# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Charles A. Johnson,<br><br>            Plaintiff<br><br>        v.<br><br>Carl Arnold,<br><br>            Defendant | Case No. 2:23-cv-00395-APG-BNW<br><br>**ORDER** |

On March 14, 2023, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before April 14, 2023. ECF No. 3. Before the deadline expired, Plaintiff filed a document titled "Notice of Compliance IFP Application 6 Month Financial Statement[,]" which seeks to extend the deadline by 45 days. ECF No. 4. Attached to the notice is a document purporting to show that Plaintiff sought the required financial documents from prison officials around March 14, 2023, and was informed it would take prison officials between one to four months to process his request. *Id.* at 2. The Court finds that Plaintiff has shown good cause to extend the deadline.

**IT IS THEREFORE ORDERED** that the Notice (ECF No. 4) is construed as a motion for extension of time and GRANTED.

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to either file a complete application to proceed *in forma pauperis* or pay the full $402 filing fee is EXTENDED to May 30, 2023. Plaintiff is advised that failure to comply with this order will result in a recommendation that this case be dismissed without prejudice.

DATED: April 12, 2023

_____
Brenda Weksler
United States Magistrate Judge