**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Charles A. Johnson, | Case No. 2:23-cv-00395-APG-BNW |
| Plaintiff | **ORDER** |
| v. | (ECF Nos. 7, 8) |
| Carl Arnold, | |
| Defendant | |

This is a civil-rights action brought under 42 U.S.C. § 1983 by pro se Plaintiff Charles Johnson, an inmate in the custody of the Nevada Department of Corrections. (ECF No. 1-1). On April 25, 2023, Johnson filed a motion to discharge his attorney under Nevada law. (ECF No. 7). One week later, Johnson filed a motion asking the Court to "dismiss" his motion to withdraw his attorney, arguing that the prison's law library erroneously filed that motion in this federal action instead of his case in the state district court. (ECF No. 8). The Court finds that good cause exists to grant Johnson's motion to disregard his motion to withdraw his attorney. So it grants him that relief. But the Court notes that Johnson handwrote the case number for this action, not the number for his state case, in the caption of his motion to withdraw. (ECF No. 7 at 1). Johnson is cautioned that to ensure proper filing, he must write the correct case number on the documents he wants filed with a court.

IT IS THEREFORE ORDERED that the motion to disregard motion to withdraw counsel (ECF No. 8) is **GRANTED**.

IT IS FURTHER ORDERED that the motion to withdraw counsel (ECF No. 7) is **DENIED as moot**.

DATED:  May 3, 2023

_____
Brenda Weksler
United States Magistrate Judge